# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

KATHY BENNETT                                                                           PLAINTIFF

v.                                    No. 2:20-cv-190-JTR

ANDREW SAUL,
Commissioner of Social Security                                                         DEFENDANT

## ORDER

Pending before the Court is the Commissioner's Unopposed Motion for Extension of Time to file an Answer and the certified administrative record in this case.

For good cause shown, the Commissioner's Unopposed Motion for Extension of Time (*Doc. 6)* is GRANTED.  The Commissioner's Answer and the certified administrative record must be filed no later than **January 29, 2021.**

DATED this 1st day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE